**Order filed September 9, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00287-CV
_____

**UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY, AND GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, Appellants**

**V.**

**CLEAR VISION WINDSHIELD REPAIR, LLC, Appellee**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-62868**

# O R D E R

The notice of appeal in this case was filed May 24, 2021. The clerk responsible for preparing the record notified this court that appellants had not made payment for the clerk's record. No evidence that appellants have established indigence has been filed. *See* Tex. R. Civ. P. 145.  On June 23, 2021, this court notified appellants that

the appeal was subject to dismissal unless appellants filed a response with proof of payment for the clerk's record. No response was filed. In a similar vein, no appellant has paid the filing fee of $205.00. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to demonstrate to this court that they have made arrangements to pay for the clerk's record on or before September 24, 2021. *See* Tex. R. App. P. 35.3(c). Appellants are further ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before September 24, 2021. Failure to fulfill either of these requirements will result in dismissal of this appeal. *See* Tex. R. App. P. 5, 37.3(b).

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.

2